JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUN TAUCH, | Case No. CV 12-0422-DDP (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| MIKE D. MCDONALD, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: August 30, 2013

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE